IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TDE PETROLEUM DATA SOLUTIONS, INC., | § § § | C. A. NO. 4:15-CV-01821 |
| Plaintiff | § § | **JUDGE GRAY H. MILLER** |
| v. | § § | Rhonda Moore-Konieczny, Case Manager |
| AKM ENTERPRISE, INC. d/b/a MOBLIZE, INC., | § § § | _____, Court Reporter |
| Defendant | § § | PRELIMINARY INJUNCTION HEARING |

## WITNESS LIST OF DEFENDANT AKM ENTERPRISE, INC. D/B/A MOBLIZE, INC.

Pursuant to the Court's July 7, 2015 Order (Dkt. No. 40), Defendant AKM Enterprise, Inc. d/b/a Moblize, Inc. hereby provides its Preliminary Injunction Hearing Witness List.

| | NAME | TESTIMONY |
|---|---|---|
| 1 | Amit Mehta [Contact through Moblize's Outside Counsel] | Testimony regarding general corporate matters |
| 2 | James W. "Rusty" Williams [Contact through Moblize's Outside Counsel] | Expert witness; testimony regarding invalidity and infringement issues |

If other witnesses who may be called at the hearing become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Defendant AKM Enterprise, Inc. d/b/a Moblize, Inc. reserves the right to call any witness identified by Plaintiff on its Witness List.

DATED:  September 1, 2015                             Respectfully submitted,

                                               /s/ Peter E. Mims
Peter E. Mims
Texas Bar No. 14173275
Fed. I.D. No. 6746
**VINSON & ELKINS L.L.P.**
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
Telephone:  713.758.2732
Facsimile:   713.615.5703
pmims@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Ajeet Pai
Texas Bar No. 24060376
Fed. Bar I.D. 2637771
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
Telephone:  512-542-8400
Facsimile:   512-236-3278
apai@velaw.com
*ATTORNEY TO BE NOTICED*

**ATTORNEYS FOR DEFENDANT**
**AKM ENTERPRISE, INC. D/B/A MOBLIZE, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of September, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

                                                                    /s/ Peter E. Mims
                                                                    Peter E. Mims

US 3722247