# EXHIBIT B



**Continental Court Reporters, Inc.**
Corporate Headquarters
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O. Box 1145, Houston, TX 77251**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152184 | 9/16/2015 | 69459 |
| **Job Date** | **Case No.** | |
| 8/26/2015 | 415CV01821 | |
| **Case Name** | | |
| TDE Petroleum Data Solutions, Inc. vs. AKM Enterprise, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Yvonne Shumaker
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston TX  77002-6760

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
    Thomas E. Williams                                                                                3,828.60

                                          **TOTAL DUE >>>**       **$3,828.60**
                                          AFTER 10/16/2015  PAY       $4,134.89

Ordered By     : Ajeet P. Pai
                 Vinson & Elkins LLP
                 2801 Via Fortuna, Suite 100
                 Austin, TX 78746

** Includes Realtime Connection, Voluminous Pages of Testimony,
Same-Day Rough Draft, and Expedited Delivery of the Final Transcript ***

** CLIENT MATTER NO. AKM100-71000 **

************* T H A N K   Y O U ! ***************
*********** www.TexasDepos.com **************

**Tax ID:** 76-0326397                                                                          Phone: 713-758-2222    Fax:713-758-2346

*Please detach bottom portion and return with payment.*

Yvonne Shumaker
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston TX  77002-6760

Job No.       : 69459              BU ID       :01-
Case No.      : 415CV01821
Case Name     : TDE Petroleum Data Solutions, Inc. vs. AKM
                Enterprise, Inc., et al

Invoice No.   : 152184             Invoice Date  :9/16/2015
**Total Due   : $ 3,828.60**
AFTER 10/16/2015  PAY  $4,134.89

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **CONTINENTAL COURT REPORTERS, INC.**
              **P.O. BOX 1145**
              **HOUSTON TX  77251-1145**

# Invoice No. 152184 dated 09/16/2015 $3,828.60
## Reporting Services: Deposition of THOMAS E. WILLIAMS
## Deposed August 26, 2015 in Houston, Texas
## Breakdown Prepared for Vinson & Elkins, Mr. Ajeet Pai, Att: Yvonne Shumaker

---

**Transcript Pages – Ordering Attorney (RealTime Connection, Same-Day Rough Draft)** $ 3,157.60
This deposition was taken in Houston, Texas. Each transcript is billed according to the number of pages multiplied by a page rate. The original and your complimentary copy of the deposition is billed at the IP / Expert Witness deposition rate of $5.25 per page + $1.50 per page for one RealTime connection. In order to provide a RealTime connection, advance preparation is required by the court reporter. Prior to the deposition the RealTime court reporter will input job-specific terminology into his/her dictionary. The RealTime reporter will also arrive at the deposition a minimum of one hour prior to the scheduled start time in order to set up equipment, test realtime connections, and make other adjustments such as last-minute entries into his/her job dictionary. A Same-Day Rough Draft was ordered. Expedited preparation of the Final Transcript was necessary in order to have the Final Transcript and Synchronized Video ready for delivery by the due date of September 3, 2015.

| | | | |
|---|---|---|---|
| RealTime Transcript Pages – IP/Expert Witness: | 292 pages | @ $ 6.75 / page = | $ 1,971.00 |
| Rough Draft - Same-Day: | 292 pages | @ $ 2.50 / page = | $ 730.00 |
| Laptop / iPad: | 2 | @ $ 75 / day = | $ 150.00 |
| Expedited Final: | 292 pages | @ $ 1.05 / page = | $ 306.60 |

**Reporter's Downtime** $ 120.00
The RealTime reporter arrived onsite at approximately 8:30 a.m. for the scheduled start time of 9:30 a.m. The deposition began at 9:33 a.m. and concluded at 5:38 p.m. For this deposition, there was downtime and an afterhours charge incurred

| | | |
|---|---|---|
| Downtime - Realtime Reporter: | 1 hour | @ $ 90 / hour = $ 90.00 |
| Afterhours (5:00-5:38 pm): | 0.75 | @ $ 40 / hour = $ 30.00 |

**Administrative Fee – Ordering Attorney (Booking, Scheduling, Binding,**
 **Special Designation, etc.)** $ 125.00
The Administrative Fee consists of Booking and Scheduling, Transcript Binding, Quality Control, Confidential Designations, Protective Orders, Online Repository, etc. Booking and Scheduling ($60) is an administrative fee that includes the cost of providing personnel to schedule, confirm, cancel, and re-schedule depositions. It also includes the cost of personnel to answer any and all questions received at Continental regarding the transcript, exhibits or online repository. Transcript Binding ($40) is an administrative fee that includes services, such as the labor and materials to bind and label both the Original transcript and hard copies in a professional manner, as well as Quality Control measures. Quality Control is maintained to ensure that the transcript and exhibits arrive wholly intact, whether in electronic or hard copy format. Once Quality Control has been confirmed, the transcript and exhibits are uploaded to the Online Repository for this case. An administrative fee ($25) is incurred for pending Confidential designations under Protective Order due to the special handling that is required for depositions and exhibits. It is necessary to ensure that all formats of the deposition and exhibits (hard copy, condensed, electronic, etc.) and all internal business records, including correspondence, are pending special designations.

**Exhibit Handling - Reproduction, Scanning, Binding, Tabs, Files**
 **& Upload to Online Repository** $ 141.00
Exhibits were marked and attached to this deposition. Each exhibit marked was OCR'd, scanned to PDF, named/labeled, QC'd, and uploaded to the Online Repository for this case. Hard copy Original Exhibits are maintained with the Original Deposition for safekeeping. Electronic, OCR'd PDF Exhibits, and hard copy exhibits are billed at 50 cents per page. Tabs / files are billed at $1 per tab / file. After the exhibits are QC'd, the exhibits are uploaded to the Online Repository.

| | | | |
|---|---|---|---|
| Exhibits - PDF (B&W-paper/electronic): | 148 pages | @ $ .50 = | $ 74.00 |
| Exhibits - PDF (Color-paper/electronic): | 4 pages | @ $ 2.50 = | $ 10.00 |
| Tabs / Files (16 x 2): | 32 tabs/files | @ $ 1.00 = | $ 32.00 |
| Exhibit Bind/Handle: | 1 bind/handle | @ $ 25.00 = | $ 25.00 |
| Upload to Repository/Large File Service: | Online Repository | | |

**Litigation Support Bundle** $ 130.00
Various electronic litigation support products were prepared, emailed, uploaded to the Online Repository, and provided on USB. Each exhibit marked in this case was OCR'd, scanned to a .PDF file, named/labeled, and uploaded to the Online Repository. Due to the large size of some of the exhibit files, it was necessary to upload the exhibit files to a large file service (YouSendIt.com/Hightail) in order for the files to be downloaded by Vinson Elkins. All litigation support products, including OCR'd PDF Exhibits, were burned to USB and forwarded to Vinson Elkins along their complimentary hard copy. Exhibits are also linked to the electronic PDF-Transcripts that are provided as part of our Litigation Support Bundle which is provided via an emailed linked, our Online Repository and on USB.
    **Rough Draft   $ 35**
        Rough Draft PDF Transcript – emailed (3) & loaded to Repository
    **Bundled Litigation Support Package w/Linked Exhibits - Final Transcript   $ 95**
        E-Transcript PTX – emailed, Repository & provided on USB
        PDF-Full Size w/KeyWord Index & Linked PDF Exhibits – emailed, Repository & USB
        PDF-Condensed w/KeyWord Index & Linked PDF Exhibits – emailed, Repository & USB
        ASCII / TXT (timestamps) - loaded to Repository
        E-Transcript Bundle Viewer - USB
        Media (burn files to USB) / Upload to Online Repository
        Upload to Large File Service (YouSendIt.com)

**Handling Original Deposition - Signature & Filing Fee (Rules 30(e) and (f) - Federal) &**
    **Special Time-Keeping Responsibilities** $ 95.00
This is a standard administrative fee for handling the original deposition ($25), whether the deposition is to be read and signed or signature has been waived, and properly disposing of the original deposition, as required by Federal Rules 30(e) and (f). When the original is to be read and signed, it includes obtaining signature and notifying all counsel of record of the changes, if any, made by the witness ($35). It also includes filing the Reporter's Supplemental Certificate [Rule 30(f)] with the proper court or Counsel ($10). The Reporter's Supplemental Certificate also notifies all counsel of record that the original deposition was forwarded to the custodial attorney for safekeeping (naming the custodial attorney) on the indicated date and identifies whether signature was obtained or waived or the witness refused to sign. Special Time-Keeping Responsibilities were requested for this case ($25). The Reporter's Certificate is to include the amount of time used by each party during the deposition. It is our policy to follow the local custom/rules when a deposition is taken in Texas.

**Reporter Reimbursable Expenses** $ 60.00
Parking and shipping / delivery expenses are reimbursable to the reporter.
    Parking Expense:          1 @ $ 30
    Shipping (Original Exhibits):   1 @ $ 30

**Online Repository** **No charge**
Online Repository services for this case are included at no additional charge.



**Continental Court Reporters, Inc.**
Corporate Headquarters
5300 Memorial Dr., Suite 250
Houston, TX 77007
(800) 779-6981

**REMIT TO: P.O. Box 1145, Houston, TX 77251**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152186 | 9/16/2015 | 69460 |
| **Job Date** | **Case No.** | |
| 8/26/2015 | 415CV01821 | |
| **Case Name** | | |
| TDE Petroleum Data Solutions, Inc. vs. AKM Enterprise, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Yvonne Shumaker
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston TX  77002-6760

---

VIDEO SERVICES - VIDEO RECORDING OF DEPOSITION OF:
    Thomas E. Williams - Video      1,746.25
VIDEO SERVICES - SYNCHRONIZING/TIMESTAMPING:
    Thomas E. Williams - Video      353.75

    **TOTAL DUE >>>**     **$2,100.00**
    AFTER 10/16/2015  PAY     $2,268.00

Ordered By   : Ajeet P. Pai
                   Vinson & Elkins LLP
                   2801 Via Fortuna, Suite 100
                   Austin, TX 78746

\*\* Video recording of deposition taken in Houston, TX \*\*

\*\* Video Format Provided:   MPEG-1 on USB \*\*
\*\* Synchronization:  Sanction II .MDB & Trial Director .CMS \*\*
\*\* All files burned to USB \*\*

\*\* CLIENT MATTER NO. AKM100-71000 \*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\* T H A N K  Y O U ! \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\* www.TexasDepos.com  \*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Tax ID:** 76-0326397                  Phone: 713-758-2222    Fax:713-758-2346

*Please detach bottom portion and return with payment.*

Yvonne Shumaker
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston TX  77002-6760

Job No.     : 69460          BU ID     : 31-
Case No.    : 415CV01821
Case Name   : TDE Petroleum Data Solutions, Inc. vs. AKM Enterprise, Inc., et al
Invoice No. : 152186         Invoice Date : 9/16/2015
**Total Due** : **$ 2,100.00**
AFTER 10/16/2015  PAY $2,268.00

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
        **P.O. BOX 1145**
        **HOUSTON TX  77251-1145**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# Invoice No. 152186 dated 09/16/2015 $2,100.00
Legal Video Services: Video Recording Deposition of THOMAS E. WILLIAMS
Deposed August 26, 2015 in Houston, Texas
Legal Video Services: Synchronizing / Timestamping of Deposition of THOMAS E. WILLIAMS
Breakdown Prepared for Vinson & Elkins, Mr. Ajeet Pai, Att: Yvonne Shumaker

---

**General Information / Video Services Provided:**
The fee structure for professional videotaping of oral depositions, statements, etc. is by the hour. The First Hour includes travel and arrival at the site one hour prior to the scheduled start time of the event. Early arrival ensures the Videographer has the time necessary to set up the video equipment, run tests, and trouble-shoot potential video or equipment problems that could arise. Billing includes travel, early arrival for onsite testing, and teardown at the conclusion of the deposition.

All video is recorded with 3-chip, industrial quality cameras. Our cameras provide, true-color, crisp high-quality video and do not require additional lighting. Professional backdrops are used.

For safety purposes, all video is simultaneously double-recorded: (1) to a VTR on digital videotape -or- to an authored DVD and (2) to a computer which digitizes the video signal in real-time, allowing the immediate burning of the digitized video to CD's, DVD's, when necessary, etc.

All video depositions are recorded using time and date generators. The videographer synchronizes the camera time with the time-stamping of the court reporter, thereby allowing certain points of video to be located quickly and easily, simply by looking in the left margin of the court reporter's transcript and locating the time.

Continental's videographers have specialized training in order to provide the highest quality video in the industry. Having received Radio / TV / Communications degrees or technical training that applies to this industry, each new advance in video technology gives our videographers the ability to better serve our clients.

---

## Video Services - Video Recording of Deposition of THOMAS E. WILLIAMS:   $1,746.25

**Video Recording – First Hour, Additional Hours, After-hours & Stock**                                  $       1,175.00
This deposition was video recorded in Houston, Texas. The videographer arrived at the reception area of the job site approximately one hour prior to the scheduled start time of the deposition to set up the video equipment and to run tests to ensure that all equipment is operational. Early arrival and testing of equipment allows the videographer the time necessary to trouble-shoot potential video or equipment problems that could arise. The deposition was scheduled to begin at 9:30 a.m. The deposition began at 9:33 a.m. and concluded at 5:38 p.m. Master media stock (H-Q DVCam/DVD) was used.
       First Hour:                    1     @  $ 295 / hour   =  $   295.00
       Additional Hours:          8     @  $   95 / hour   =  $   760.00
       "After" Hours:               1     @  $   40 / hour   =  $     40.00
       Master Media Stock:     4     @  $   20 / media =  $     80.00

**Video Deposition on DVD - Your Video Copy**                                                                              $           426.25
The standing order for Vinson Elkins included digitizing the video to MPEG-1 format.
       Copy - MPEG-1:        6.25 digitized hours  @   $ 65  =  $ 406.25
       Media - USB:             1 @ $ 20  =  $ 20.00

**Administrative Fee (Booking, Scheduling, Special Designation &
       Video Archive Services, etc.)**                                                                              $             85.00
The Administrative Fee consists of Booking and Scheduling, Quality Control, Video Archive, Confidential Designations, etc. Booking and Scheduling ($60) is an administrative fee that includes the cost of providing personnel to schedule, confirm, and reschedule the video recording of depositions. It also includes the cost of personnel to answer any and all questions received at Continental regarding the video recording. Other services, such as Quality Control measures, are

also included. Quality Control is maintained to ensure that your video arrives wholly intact in the format requested. Video Archive services are included as a part of the administrative fee for all video depositions. Once Quality Control has been confirmed, the video is archived in-house for safety purposes. If an additional copy of the video is ever required, an additional copy may be retrieved at a nominal charge. An administrative fee ($25) is incurred for pending Confidential designations under Protective Order due to the special handling that is required. It is necessary to ensure that all formats of the video deposition and all internal business records, including correspondence, are pending special designations.

**Videographer's Reimbursable Expenses** $ 30.00

Travel expenses such as parking and mileage fees, along with any shipping / delivery expenses, are reimbursable to the Videographer.
    Parking Expense:    1 @ $ 30

**Shipping - Your Copy on USB** $ 30.00
    Shipping - Your Copy:    1 @ $ 30

**<u>Video Services - Synchronizing / Timestamping of Deposition of THOMAS E. WILLIAMS: $353.75</u>**

**Synchronizing Video with Transcript – Sanction II .MDB & Trial Director .CMS** $ 353.75

The standing order includes synchronization of the MPEG-1 video file(s) with the ASCII/TXT file of the deposition transcript and exporting to Sanction II .MDB and Trial Director .CMS formats. Expedited preparation of the Synchronization was necessary in order to have the Final Transcript and Synchronized Video ready for delivery by the due date of September 3, 2015.
    Synchronizing - Sanction II .MDB:    6.25 hour(s) @ $ 55 / hour = $ 343.75
    Exporting to Additional Formats:
        Trial Director .CMS
    Media – USB:    1 @ $ 10 = $ 10.00
    Upload to Repository/Large File Service:    Online Repository

# INVOICE

U.S. Legal Support - SD  
1230 Columbia Street  
Suite 400  
San Diego, CA  92101  
Phone:619-573-4883   Fax:619-573-4880

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 511567 | 9/15/2015 | 440458 |
| **Job Date** | **Case No.** | |
| 8/28/2015 | 4:15-CV-01821 | |
| **Case Name** | | |
| TDE Petroleum Data Solutions, Inc. v. AKM Enterprise, Inc. dba Moblize, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Yvonne Shumaker  
Vinson & Elkins LLP  
1001 Fannin Street  
Suite 2500  
Houston, TX  77002-6760

1 CERTIFIED COPY OF TRANSCRIPT OF:  
　James W. Williams                                                                                          3,216.97

**TOTAL DUE  >>>**          **$3,216.97**  
AFTER 10/30/2015  PAY          $3,538.67

Reference No.    : AKM100-71000  
Ordered By       : Ajeet Pai  
　　　　　　　　   Vinson & Elkins LLP  
　　　　　　　　   2801 Via Fortuna  
　　　　　　　　   Suite 100  
　　　　　　　　   Austin, TX 78746-7568

Realtime Hookup -- Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.  
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                                                                          Phone: 713.758.1024   Fax:

*Please detach bottom portion and return with payment.*

Yvonne Shumaker  
Vinson & Elkins LLP  
1001 Fannin Street  
Suite 2500  
Houston, TX  77002-6760

Job No.        : 440458            BU ID        : 42-SD  
Case No.     : 4:15-CV-01821  
Case Name : TDE Petroleum Data Solutions, Inc. v. AKM  
　　　　　　　Enterprise, Inc. dba Moblize, Inc.  
Invoice No.  : 511567              Invoice Date : 9/15/2015  
**Total Due  :  $3,216.97**  
AFTER 10/30/2015  PAY  $3,538.67

Remit To:   **U.S. Legal Support (CA Reporting)**  
　　　　　　**P.O. Box 4772-11**  
　　　　　　**Houston, TX  77210-4772**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____  
Card Number: _____  
Exp. Date: _____   Phone#: _____  
Billing Address: _____  
Zip: _____   Card Security Code: _____  
Amount to Charge: _____  
Cardholder's Signature:

# I N V O I C E

U.S. Legal Support - SD  
1230 Columbia Street  
Suite 400  
San Diego, CA  92101  
Phone:619-573-4883   Fax:619-573-4880

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 512006 | 9/11/2015 | 440460 |
| **Job Date** | **Case No.** | |
| 8/28/2015 | 4:15-CV-01821 | |
| **Case Name** | | |
| TDE Petroleum Data Solutions, Inc. v. AKM Enterprise, Inc. dba Moblize, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Yvonne Shumaker  
Vinson & Elkins LLP  
1001 Fannin Street  
Suite 2500  
Houston, TX  77002-6760

VIDEOTAPE SERVICES

   James W. Williams -- (Video)

| | | | |
|---|---|---|---|
| Videotape Copies - DVD (per hr) | 10.25 Hours @ | 70.00 | 717.50 |
| Video Handle and Processing | | 35.00 | 35.00 |
| Delivery | | 21.42 | 21.42 |
| Video Flash-Pac | | 35.00 | 35.00 |

**TOTAL DUE >>>**  $808.92  
AFTER 10/26/2015  PAY  $889.81

Reference No.    :  AKM100-71000  
Ordered By       :  Ajeet Pai  
                    Vinson & Elkins LLP  
                    2801 Via Fortuna  
                    Suite 100  
                    Austin, TX 78746-7568

Online bill pay available at www.uslegalsupport.com

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                     Phone: 713.758.1024   Fax:

*Please detach bottom portion and return with payment.*

Yvonne Shumaker  
Vinson & Elkins LLP  
1001 Fannin Street  
Suite 2500  
Houston, TX  77002-6760

Job No.       :  440460      BU ID       : 42-SD  
Case No.    :  4:15-CV-01821  
Case Name :  TDE Petroleum Data Solutions, Inc. v. AKM Enterprise, Inc. dba Moblize, Inc.  
Invoice No. :  512006      Invoice Date    : 9/11/2015  
**Total Due   :  $808.92**  
AFTER 10/26/2015  PAY  $889.81

Remit To:  **U.S. Legal Support (CA Reporting)**  
              **P.O. Box 4772-11**  
              **Houston, TX   77210-4772**

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name: _____  
Card Number: _____  
Exp. Date: _____  Phone#: _____  
Billing Address: _____  
Zip: _____ Card Security Code: _____  
Amount to Charge: _____  
Cardholder's Signature: _____